# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No. 16-mj-01183-STV |
| MARIA SANTOS, | ) | |
| JAVIER FERNANDO TORRES-FLORES, | ) | |
| JOSHUA GENE EALY, | | |
| *Defendants* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date of December 14, 2016, in the county of Denver, in the State and District of Colorado, the defendants, MARIA SANTOS, JAVIER FERNANDO TORRES-FLORES, JOSHUA GENE EALY, and others known and unknown, did knowingly and intentionally conspire to distribute and to possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/Thomas R. Pizzino*
*Complainant's signature*

Thomas R. Pizzino, Special Agent (DEA)
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 12/15/2016

*Judge's signature*

City and state: Denver, Colorado

Scott T. Varholak, United States Magistrate Judge
*Printed name and title*