**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  1:16-MJ-01183-2-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES,

    Defendant.

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

DATED at Denver, Colorado this  19th  day of December ,2016 .

                        s/ Abraham V Hutt
                        Recht Kornfeld
                        Abraham V Hutt
                        14137
                        1600 Stout Street, Suite 1400
                        Denver, Colorado   80202
                        (303) 573-1900

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this  19th  day of December, 2016 by ECF upon the U.S. Attorney's Office – Denver.

                        s/ Leni Charles
                        Legal Assistant