UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 DEC 19 AM 11:25
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| JAVIER FERNANDO TORRES-FLORES, | ) | Case No. 16-MJ-01183-STV |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __JAVIER FERNANDO TORRES-FLORES__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally conspire to distribute and to possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846

Date: 12/15/2016

*Issuing officer's signature*

Scott T. Varholak, United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

### Return

This warrant was received on *(date)* 12-15-16, and the person was arrested on *(date)* 12-14-16
at *(city and state)* Denver, CO.

Date: 12-16-16

*Arresting officer's signature*

Paul Otto, DUSM
*Printed name and title*