AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Javier Fernando Torres-Flores<br>*Defendant* | )<br>)<br>) Case No. 1:16-mj-01183-2<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/4/17

*Defendant's signature*

*Signature of defendant's attorney*

Abraham V Hutt
*Printed name and bar number of defendant's attorney*

1600 Stout St. #1400 Denver CO 80202
*Address of defendant's attorney*

abec rklawpc.com
*E-mail address of defendant's attorney*

303 573 1900
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*