IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    17-cr-00010-RBJ | Date: February 24, 2017 |
| Courtroom Deputy:    Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter:    Susana Cahill | Probation:  N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Beth N. Gibson |
| v. | |
| 1. MARIA SANTOS<br>2. JAVIER FERNANDO TORRES-FLORES<br>**Defendant** | Robert W. Pepin<br>Abraham Hutt |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:  1:01 p.m.

Appearance of counsel.

Defendants present in custody.

Interpreter sworn.

Discussion held on status of the case.

**ORDERED:**   Oral Motion an Ends of Justice Continuance is GRANTED, 30 days are excluded from the Speedy Trial Act.  Speedy trial is to expire on April 24, 2017.

**STATUS CONFERENCE** is set for March 31, 2017, at 1:30 p.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**Defendants are REMANDED to the custody of the U.S. Marshals.**

Court in Recess:  1:12 p.m.           Hearing concluded.           Total time in Court:    00:11