**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  1:17-CR-00010-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES,

    Defendant.

---

**DEFENDANT JAVIER FERNANDO TORRES-FLORES NOTICE OF DISPOSITION**

---

      Javier Fernando Torres-Flores through counsel, Abraham V Hutt, gives notice to the Court that the parties have a disposition to present to the Court in this matter.  The parties therefore request that the Court schedule the matter for a hearing for change of plea at the Court's earliest convenience and vacate the Status Conference scheduled for March 31, 2017 at 1:30 p.m., as Mr. Torres-Flores is the only remaining defendant in the case.

  DATED at Denver, Colorado this   30th  day of March               ,2017     .

                                            s/ Abraham V Hutt
                                            Recht Kornfeld
                                            Abraham V Hutt
                                            14137
                                            1600 Stout Street, Suite 1400
                                            Denver, Colorado   80202
                                            (303) 573-1900

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this  30th  day of March, 2017 by ECF upon:

Robert William Pepin     Robert_Pepin@fd.org, COX_ECF@fd.org

John F. Sullivan, III     jfslaw1@aol.com

Beth N. Gibson     Beth.Gibson@usdoj.gov, Amanda.Bell@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Shira Deborah Kieval     shira_kieval@fd.org, COX_ECF@fd.org, clarita.costigan@fd.org


                                                s/ Leni Charles
                                                Legal Assistant