**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  1:17-CR-00010-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES,

    Defendant.

---

**DEFENDANT JAVIER FERNANDO TORRES-FLORES OBJECTIONS TO THE PRE-SENTENCE REPORT**

---

JAVIER TORRES-FLORES, through counsel, Abraham Hutt, submits the following objections to the Pre-Sentence Report.  The objections will reference the paragraph number of the Pre-Sentence Report which Mr. Torres-Flores is requesting be corrected:

    1.    Paragraph 35.  Mr. Torres-Flores objects to the assessment of 3 points toward his criminal history score because they arise from a conviction for an offense which occurred when he was only seventeen years old.  Counsel for Mr. Torres-Flores will submit a sentencing memorandum to the court setting forth, among other things, legal argument that this conviction from when he was a juvenile should not count toward the criminal history score under the sentencing guidelines.

    2.    Paragraph 36.  Mr. Torres-Flores objects to any use of this conviction to support the 3 points toward his criminal history score as set forth in Paragraph 1 above.  Mr. Torres-Flores asserts with regard to the description of the offense that although he was present with others who committed burglaries and knew what they were doing he

asserts that he consistently denied entering any building or personally committing a theft.

3. Paragraph 37. Mr. Torres-Flores asserts that his criminal history score should be 0 for the reasons stated in Paragraphs 1 and 2 above.

4. Paragraph 38. Mr. Torres-Flores asserts that his criminal history category should be I for the reasons stated in Paragraphs 1-3 above.

5. Paragraph 67. For the reasons stated in paragraphs 1-4 above, Mr. Torres-Flores asserts that his guideline prison range should be 12-18 months.

6. Paragraph 72. Mr. Torres-Flores asserts that his guideline range is in Zone C.

DATED at Denver, Colorado this  30th  day of June         ,2017    .

                                              s/ Abraham V Hutt
                                              Recht Kornfeld
                                              Abraham V Hutt
                                              14137
                                              1600 Stout Street, Suite 1400
                                              Denver, Colorado  80202
                                              (303) 573-1900

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this __30th__ day of June, 2017 by ECF upon:

Robert William Pepin     Robert_Pepin@fd.org, COX_ECF@fd.org

John F. Sullivan, III    jfslaw1@aol.com

Beth N. Gibson     Beth.Gibson@usdoj.gov, Amanda.Bell@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Shira Deborah Kieval     shira_kieval@fd.org, COX_ECF@fd.org, clarita.costigan@fd.org


    s/ Leni Charles
    Legal Assistant