Honorable Judge Jackson

**RE: Javier Torres "Javi"**

My name Is Inez Peña I am a bookkeeper at TelecomPionners, a nonprofit organization, which extends it arm to many different health and human services.

I had the pleasure of meeting Javi over a year ago. I took a liking to him quickly; I suppose it was the mother part of me. A very young innocent for his 20 years, we talked great lengths mostly about life in Honduras. Which would later help me understand his reactions to our normalcy way of life in the US? Not that I believe my life is the great American way, having to work 16+ hours a day to keep a roof over our heads, food in our bellies, and clothes on our back, for me and my two children.

My mother always had many words of wisdom "you do not know how good you have it until you meet someone who has less." I tended to woe is me I have two work 16+ a day, ride a bike to work just so that I could meet my children's basic needs. That is until I met Javi, listening to the hardship lived in his country. In Honduras it is 22.2 times more likely to be murdered, 38.36% less likely to be unemployed, and make 90.91% less money.

I remember watching him on the occasion that he went shopping with us. He was like an actual kid in a candy store. My nine year old was numb to half the things that excited Javi, which I found sad and upsetting. Upsetting thinking that my child did not appreciate the things I am able to do for her and sad to know that Javi had gone without simple things his entire life.

I believe Javi had the best intentions when he decided to trek across three countries (2800+ miles) illegally putting himself in harm's way. As humans we tend to gravitate towards what we know and I believe that is how Javi veered from his original goal. When arriving in the US he had contact names and numbers to individuals who were supposed to help him out not involve him in illegal activity. Javi did not travel numerous days and night to break the law intentionally. Coming to a country he knew nothing about only the glamorized stories he had heard in his country he connected with other people from Honduras who found him easy prey to involve in their illegal activity. He had hopes and dreams coming here, he plan was not to do something illegal and spend part of young adult life behind bars.

I do keep in contact with Javi while he is incarcerated and do what I can for him. I send him books to read and drop him a letter at least once a week. I communicate with his mother and relay message and pictures she sends me.

Javi is aware and regrets his illegal actions and assures me that he has learned his life lesson in the worse possible way. As I mentioned that he had goals when he set out on his journey here which was to help his mother who is a single parent. It breaks his heart and eats away at him to know that his mother and brothers and sister will be worse off now than before he trekked across three countries. In our

conversations and correspondence he tells me that when he is returned to Honduras that he will not glamorize life in the United States like others before him. That children and teens will hear and be advised by him on truths and hardships he has had to endure.

Thank you for reading this letter in its entirety and I ask that you have mercy and leniency with Javi so that he can get back to Honduras so that he can be a help to his family and not a hindrance.

Sincerely,


Inez A. Peña