IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 17-cr-00010-RBJ | Date: July 18, 2017 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | Marcela Salazar | Probation: Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Beth N. Gibson* |
| v. | |
| 2. JAVIER FERNANDO TORRES-FLORES<br>**Defendant** | *Abraham V. Hutt* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:32 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Objections addressed.

**ORDERED:** Defendant shall be **imprisoned** for **21 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** with the sole condition that he not return to the United States illegally.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:   Oral Motion to Dismiss counts 5 and 6 is GRANTED.**

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:02 a.m.             Hearing concluded.            Total time:      00:30