IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:17CR00010-2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAVIER FERNANDO TORRES-FLORES,

    Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

_____ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

DATED at Denver, Colorado, this _____ day of February, 2020.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge