# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:17CR00010-2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAVIER FERNANDO TORRES-FLORES,

    Defendant.

## ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__x__  ORDERS the issuance of an arrest warrant.

_____  ORDERS the issuance of a summons.

_____  DENIES the request.

DATED at Denver, Colorado, this __12th__ day of February, 2020.

BY THE COURT:

*[signature]*

R. Brooke Jackson
United States District Judge