AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:17CR00010-2 |
|  | ) |
| JAVIER FERNANDO TORRES-FLORES | ) |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAVIER FERNANDO TORRES-FLORES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct.1- Special Condition- Illegal Re-entry;
Ct. 2- Violation of Law;
Ct. 3- Violation of Law; and
Ct. 4- Failure to Report Arrest.

Date: February 12, 2020                          s/ J. Dynes, Deputy Clerk
                                                                           *Issuing officer's signature*

City and state:   Denver, Colorado                Jeffrey P. Colwell, Clerk of Courts
                                                                           *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                    _____
                                                                           *Arresting officer's signature*

                                                                           _____
                                                                           *Printed name and title*