IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 17-cr-00010-RBJ-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. JAVIER FERNANDO TORRES-FLORES,

        Defendant.

___

**ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT**

___

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 7th day of June 2022.

                          COLE FINEGAN
                          United States Attorney

BY:    *s/Pegeen D. Rhyne*
          Pegeen D. Rhyne
          Assistant United States Attorney
          U.S. Attorney's Office
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Phone: (303) 454-0100
          Fax: (303) 454-0401
          Email: Pegeen.Rhyne@usdoj.gov
          Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of June 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

      s/ *Amy McDaniel*
      Amy McDaniel
      Legal Assistant
      U.S. Attorney's Office