AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

2022 JUN -8 AM 11: 24

for the

District of Colorado

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:17CR00010-2 |
| | ) |
| JAVIER FERNANDO TORRES-FLORES | ) |
| | ) |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAVIER FERNANDO TORRES-FLORES

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct.1- Special Condition- Illegal Re-entry;
Ct. 2- Violation of Law;
Ct. 3- Violation of Law; and
Ct. 4- Failure to Report Arrest.

Date:   February 12, 2020

s/ J. Dynes, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Courts
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 2|12|20 , and the person was arrested on *(date)* 6|4|22 at *(city and state)* Denver, CO . |
| Date: 6|7|22 |
| *Arresting officer's signature* |
| Jesus Cardona  DUSM |
| *Printed name and title* |