### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

CASE NO. 1:17-cr-00010-RBJ-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES

       Defendant.

---

### ENTRY OF APPEARANCE

---

       JAVIER FERNANDO TORRES-FLORES, by and through the Barringer Law Firm and the undersigned counsel, Matthew K. Barringer hereby enters its appearance in the above captioned matter.

       Respectfully Submitted,

       Matthew K. Barringer

       /s/ Matthew Barringer
       14202 East Evans Ave.
       Aurora, Colorado 80014
       Telephone: (303) 377-2338
       Fax: (720) 251-8838
       Email: matthew@barringerlawfirm.com
       Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 10th, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby certify that I have mailed or served the document or paper to the following non-CM/EFC participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

JAVIER FERNANDO TORRES-FLORES
3130 N Oakland St, Aurora, CO 80010