AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Javier Fernando Torres-Flores ) Case No. 17-cr-10-RBJ
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/10/22

_____
Defendant's signature

_____
Signature of defendant's attorney

Matthew F. Belcher
Printed name and bar number of defendant's attorney

14202 E. Evans Ave Aurora CO 80014
Address of defendant's attorney

Matthew@belcherlawfirm.com
E-mail address of defendant's attorney

303-377-2338
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney