# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 17-cr-00010-RBJ-2

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. JAVIER FERNANDO TORRES-FLORES,

 Defendant.

---

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

---

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 26th day of August, 2022.

       Respectfully submitted,

       COLE FINEGAN
       United States Attorney

    By: *s/Albert Buchman*
       ALBERT BUCHMAN
       Assistant U.S. Attorney
       1801 California St., Suite 1600
       Denver, CO  80202
       Telephone: (303) 454-0100
       E-mail: al.buchman@usdoj.gov
       Attorney for the Government

CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of August, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                              *s/Maggie E. Grenvik*
                              Maggie E. Grenvik
                              Legal Assistant