IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00010-RBJ-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.  JAVIER FERNANDO TORRES-FLORES,

        Defendant.

## MOTION TO WITHDRAW

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Pegeen D. Rhyne, Assistant United States Attorney, hereby files its Motion to Withdraw Pegeen D. Rhyne as counsel of record in the above-captioned case and remove her e-mail address from future electronic notifications.  AUSA Al Buchman is handling the ongoing proceedings relating to this defendant.

Dated this 7th day of September 2022.

                                    COLE FINEGAN
                                    United States Attorney

BY:    *s/Pegeen D. Rhyne*
           Pegeen D. Rhyne
           Assistant United States Attorney
           U.S. Attorney's Office
           1801 California Street, Suite 1600
           Denver, Colorado 80202
           Phone: (303) 454-0100
           Fax: (303) 454-0401
           Email: pegeen.rhyne@usdoj.gov
           Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of September 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

s/ *Amy McDaniel*
Amy McDaniel
Legal Assistant
U.S. Attorney's Office