IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-CR-00010-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES

    Defendant.

## UNOPPOSED MOTION TO TRAIL DOCKET NUMBER 22-CR-00264-PAB

Defendant, Javier Fernando Torres-Flores, by and through his attorney, Matthew K. Barringer and the Barringer Law Firm, hereby submits his Unopposed Motion to Trail Docket Number 22-cr-00264-PAB and in support thereof, states as follows:

1. This matter is currently set for a Final Hearing re Revocation of Supervised Release on or about September 30, 2022, at 8:30 a.m.

2. On February 12, 2020, a Petition for Warrant of Offender Under Supervision ("Petition") as to Defendant was filed and ultimately granted by this Court.

3. In the Petition, the government alleges Defendant committed technical violations of the terms of his probation, and further allege Defendant committed a new violation of law.

4. On September 2, 2022, Defendant, in U.S. District Court for the District of Colorado Docket Number 22-cr-00264-PAB, the case which encompasses the underlying new law violation, entered a not guilty plea.

5. Docket Number 22-cr-00264-PAB is currently set for Jury Trial to begin on November 7, 2022, with a Trial Preparation Conference set for November 4, 2022.

6.    Given the nature of the alleged probation violations, it would be premature at this time to move forward with the Final Hearing re Revocation of Supervised Release until the disposition of Docket Number 22-cr-00264-PAB is known.

7.    On September 21, 2022, the undersigned conferred with the government regarding this motion. The government advised it will not oppose this motion.

8.    WHEREFORE, under the above-mentioned circumstances and in the best interest of judicial economy, undersigned counsel respectfully requests the September 30, 2022, Final Hearing re Revocation of Supervised Release be vacated and reset to trail Docket Number 22-cr-00264-PAB.

Dated: September 21, 2022.

Respectfully Submitted,

/s/ Matthew K. Barringer
14202 East Evans Ave
Aurora, Colorado 80014
Telephone: (303) 377-2338
Fax: (720) 251-8838
Email: matthew@barringerlawfirm.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 21, 2022, I electronically filed the foregoing Unopposed Motion to Trail with the clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

**Beth N. Gibson**
Federal Agency Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone:  (303) 454-0406
Email:   Beth.Gibson@usdoj.gov

**Albert C. Buchman**
Federal Agency Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone:  (303) 454-0228
Email:   Al.buchman@usdoj.gov


/s/Matthew K. Barringer


And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (**mail**, hand-delivery, etc) indicated by the non-participant's name:


JAVIER FERNANDO TORRES-FLORES
Washington County Jail
26864 HWY 34
AKRON, CO  80720


/s/ Matthew K. Barringer

1