**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.  **17-CR-00010-RBJ**

**UNITED STATES OF AMERICA**,

        Plaintiff(s),

v.

**JAVIER FERNANDO TORRES-FLORES**,

        Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

        I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

        Javier Fernando Torres-Flores                              .

        DATED at Greenwood Village, Colorado this 27th day of February 2023.

                                         _/s/ Shawn Hillewaert_
                                          Shawn Hillewaert, CO Reg. #47683

                                         Barringer Law Firm, P.C.

                                         5660 Greenwood Plaza Blvd., Ste. 445

                                         Greenwood Village, CO 80111

                                         (303) 377-2338

                                         Shawn@BarringerLawFirm.com
                                         Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2023, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Beth N. Gibson**
Federal Agency Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone:  (303) 454-0406
Email:   Beth.Gibson@usdoj.gov

**Albert C. Buchman**
Federal Agency Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone:  (303) 454-0228
Email:   Al.buchman@usdoj.gov

*/s/ Shawn Hillewaert*