**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 17-CR-00010-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES

        Defendant.

---

**UNOPPOSED MOTION TO CONTINUE FINAL HEARING re REVOCATION OF SUPERVISED RELEASE**

---

Defendant, Javier Fernando Torres-Flores, by and through his attorneys, Matthew K. Barringer, Shawn Hillewaert, and the Barringer Law Firm, hereby submits his Unopposed Motion to Continue Final Hearing re Revocation of Supervised Release and in support thereof, states as follows:

    1.    This matter is currently set for a Final Hearing re Revocation of Supervised Release on or about February 28, 2023, at 10:30 a.m.

    2.    On February 24, 2023, Defendant was sentenced in U.S. District Court for the District of Colorado Docket Number 22-cr-00264-PAB, the case which encompasses the underlying new law violation, following Defendant entering into a Plea Agreement which was filed on November 28, 2022 (the "Agreement").

    3.    The Agreement contemplated that Defendant would plead guilty to the sole count of the indictment in Docket Number 22-cr-00264-PAB. Additionally, Defendant would admit to

one Grade C violation allegation in the instant case.  The Agreement contemplated that the terms of imprisonment for Docket Number 22-cr-00264-PAB and the instant case would run *concurrent* to each other.

4. On February 24, 2023, Chief Judge Brimmer sentenced Defendant to 21 months' imprisonment and three years of supervised release in Docket Number 22-cr-00264-PAB.

5. On February 27, 2023, the government filed its Sentencing Statement in in which the government recommends four months' imprisonment to run *consecutive* to the 21-month sentence ordered in Docket Number 22-cr-00264-PAB.

6. Attorneys for Defendant are requesting a short continuance of this case so they may discuss the change of circumstances and the government's sentencing recommendation with Defendant prior to sentencing in the instant case so that Defendant may be fully informed prior to admitting one Grade C violation allegation.

7. On February 27, 2023, the attorneys for Defendant conferred with the government regarding this motion.  The government advised it will not oppose this motion.

8. Except for March 10, 2023, the government and attorneys for Defendant are available for the earliest date available on the Court's docket.

9. WHEREFORE, under the above-mentioned circumstances, undersigned counsel respectfully requests the February 28, 2023, Final Hearing re Revocation of Supervised Release be vacated and reset on the earliest date available on the Court's docket.

Dated: February 27, 2023.

              Respectfully Submitted,

              */s/ Shawn Hillewaert*
              5660 Greenwood Plaza Blvd., Ste 445
              Greenwood Village, Colorado 80111
              Telephone: (303) 377-2338
              Email: shawn@barringerlawfirm.com
              Attorney for Defendant

## CERTIFICATE OF SERVICE (CM/ECF)

   I hereby certify that on February 27, 2023, I electronically filed the foregoing *Unopposed Motion to Continue Final Hearing re Revocation of Supervised Release* with the clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

**Beth N. Gibson**
Federal Agency Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone:  (303) 454-0406
Email:   Beth.Gibson@usdoj.gov

**Albert C. Buchman**
Federal Agency Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone:  (303) 454-0228
Email:   Al.buchman@usdoj.gov