IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00010-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES,

    Defendant.

_____

**RESPONSE TO UNOPPOSED MOTION TO CONTINUE FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE [ECF 133]**
_____

    The United States of America respectfully files this response to the defendant's Unopposed Motion to Continue Final Hearing re Revocation of Supervised Release, ECF 133. The government respects that defense counsel needs time to discuss the instant case with the defendant and thus does not oppose the continuance granted by the Court on February 28, 2023 [ECF 134]. For the record, however, the government must contest a factual point asserted in the defendant's motion to continue [ECF 133].

    On November 28, 2022, the defendant entered into a plea agreement [22-cr-00264-PAB, ECF 23] in the defendant's companion case, District of Colorado Case No. 22-cr-00264-PAB. He was both advised by his defense counsel in that case as well as advised to the terms by Chief Judge Brimmer during the change of plea hearing. *See* 22-cr-00264-PAB, ECF 22.

1

The defendant now asserts in his motion to continue that the plea agreement in District of Colorado Case No. 22-cr-00264-PAB "contemplated that the terms of imprisonment for [that case] and the instant case would run *concurrent* to each other." *See* ECF 133, ¶ 3. This is incorrect. In the plea agreement, the government agreed,

> In District of Colorado Case No. 17-cr-00010-RBJ, upon the defendant's admission to one Grade C violation: (1) withdraw any remaining allegations, (2) request a sentence at the bottom of the advisory guideline range for the violation, and (3) recommend that any sentence imposed for the defendant's violation be served consecutively to any sentence imposed in the present case.

Ex. 1; *see* 22-cr-00264-PAB, ECF 23 (Section I.B.3); *see also* ECF 23-1 (translated plea agreement states "consecutivamente," which translates to "consecutively"). The plea disposition was accepted on February 23, 2023, and the defendant was sentenced. *See* 22-cr-00264-PAB, ECF 38.

Moreover, the government, when sending the plea offer on September 7, 2022, by email to defense counsel on both cases, made explicit that any government recommendation in the instant case would be *consecutive* but that defense counsel could request a concurrent or variant sentence.

Accordingly and contrary to the defendant's motion to continue, there was never an agreement that the sentences would run concurrently (although the Court can certainly impose a concurrent sentence). The government continues to stand by its sentencing statement, ECF 131.

DATED this 28th day of February, 2023.

                                    COLE FINEGAN
                                    United States Attorney

                                    s/ Albert Buchman
                                    ALBERT BUCHMAN
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1801 California Street, Suite 1600
                                    Denver, Colorado 80202
                                    Telephone: (303) 454-0100
                                    Telecopier: (303) 454-0403
                                    E-mail: Al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                    s/ *Lauren Timm*
                                    Legal Assistant
                                    United States Attorney's Office