**EXHIBIT B**

To whom this many concern,

    In the regards of Javier Fernando Torres Flores, my name is Alexis Corina Marquez Alvarado, Javiers girlfriend. I am currently 21 years old and I was born and raised here in Denver, Colorado. I have been working at a Walmart in Lakewood, Colorado as an online personal shopper. I am a high school graduate of the class of 2022 although my original graduation date was in 2020. The reason for the for the setback was due to my mothers passing in 2019 which really took a strong toll on me both mentally and emotionally.

A Year after my mothers passing I met Javier on a night out with some friends. He Introduced himself to me and we spent the night getting to know each other and then exchanged numbers. The time I have spent with Javier he has proven to be a hardworking, Loving, Human being who wants to better himself in a positive way. He has been the person to encourage me to finish high School and he also took me out of place where I felt so alone. My father has always been an alcoholic & addicted to drugs and was never really there for me when I need him most even to this day but Javier was the one person I felt safe and loved with.

Although Javier was my safe place it took him a long time to find his safe place. He is from Honduras a country where simply walking out of your home you could potentially get your life taken away due to the high volumes of gang violence. He was also was struggling finically due to Honduras being a country where the the poverty is very high. He Knew that the best thing to do for him self and his family was to come to this country to seek new opportunities. I do understand that him reentering this country illegally and violating his probation was wrong. Even he has said himself he knows what he did was wrong to the point were he was gong to turn himself in but his fear of being in place where he had no opportunity set him back.

Once he is released we have our plans to live in Ciudad Juarez, Mexico with my aunts home, find stable jobs and finally start a family that we both have been dreaming of and never really had. I appreciate this opportunity you have given me to show you who Javier is and we would both appreciate it if you gave him the opportunity to prove it this here in the US, Thank you.

Sincerely,

Alexis Corina Marquez Alvarado
720-723-8252