**EXHIBIT C**

December 11, 2022

To whom it may concern,

I am writing this letter to give an accurate description of the character of an individual whom I have known and worked with for a couple years now. Over this time Javier Torres has become someone I depend on to do an exceptional job at everything he does. To help explain this more clearly I have my own Business of remodeling house's In Denver Co . Javier Torres works for me because he always does such an exceptional job. I invite you to reach to myself to attest to the character of this individual. Additionally I receive many positive surveys from my clients. Because of the quality and attention to detail I have always got for the work performed by this individual. He is very professional. I couldn't speak higher of javier Torres He cares deeply about others and what he does for work and is more reliable than most people I know. If you need any further information or wish to reach out. Please don't hesitate.

Isidro Serrano
720-503-6624