Tegucigalpa M.D.C, Honduras.
19 de Enero del 2023.

EXHIBIT E

Estimado Juez Chief Judge Phillip Brimmer.

Mi nombre es Yeimi Velásquez amiga desde la infancia del joven Fernando Javier Torres Flores, me dirijo a usted para contarle la trágica situación que vivimos en este país.

En el caso de Fernando Javier Torres, el es una persona honrada, muy trabajador e inteligente, pero lastimosamente en este país no hay oportunidades, el gobierno no da becas para que los jovenes puedan estudiar, hay bastante inseguridad y desempleo.

El motivo por el que Javier tuvo que migrar a Estados Unidos de America fué porque estaba siendo obligado a pertenecer a una mara, el no quiso pertenecer a esos grupos antisociales que se dedican a hacer actos ilicitos por eso migró de este pais, al momento de el regresar a Honduras corre peligro su vida.

Atentamente.

[signature]