Tegucigalpa, M.D.C. Honduras
19 Enero del 2023

Estimado: Juez Chief Judge Phillip Brimmer.

Resiva de mi parte un cordial saludo y multiples bendiciones.

Mi nombre es Edwin Roberto Banegas López, Docente de Educación Media, familiar y amigo, del joven Fernando Javier Torres Flores, el motivo de esta carta es comentarle de la grave situación por la que pasamos día con día los hondureños, ya que las pandias, maras y asociaciones ilícitas acechan día con día nuestras vidas razones por la cuál muchos hermanos hondureños deciden emigrar a otros países, siendo Estados Unidos el principal destino. Siendo esta una de las razones por las que Javier tuvo que salir del país ya que las pandias lo estaban obligando a pertenecer a ellas, a lo cuál el se negó en todo momento y decidio emigrar a Estados Unidos.

Actualmente el sigue resibiendo amenazas en conjunto a su madre y otros miembros de la familia, y en todo caso de regresar al país su vida y la vida de su madre estaria en peligro total, por lo que rogamos la oportunidad de que el permanezca en Estados Unidos.

Agradezco el tiempo que se ha tomado a leer y escuchar estas palabras, deseo

que siga, desempeñando su arduo labor com lo ha hecho hasta el día de hoy.

At. : Edwin Roberto Bonegas.

Escaneado con CamScanner