**EXHIBIT H**

Hola,

Mi nombre es Cristian Torres Flores,

Estimado Juez Phillip Brimmer.

El motivo de la presente es para darle a conocer cosas sobre mi hermano Javier Torres, El es un gran ser humano no es porque el sea mi hermano, pero el cuando trabaja y gana su dinero y nos enviaba a nosotros algo de dinero para que nosotros nos ayudemos aqui y ayudemos a nuestros hijos con la educación, ya que el gobierno no nos ayuda en nada, es muy dificil la situación ya que los trabajos que ellos nos dan son muy mal pagados, tambien mi hermano ayuda mucho a las personas con mas necesidad ya sea con comida ropa o dinero en efectivo, y el tiene miedo de venir para aca Honduras ya que el tiene muchos tatuajes en su cuerpo y aqui las maras y pandillas no dejan que la gente con tatuajes en su cuerpo circulen libremente, esperemos y confiemos en qué, él pueda tener una oportunidad de quedarse en U.S.A. mil gracias por leer mi carta.

Dios les Bendiga.