**EXHIBIT I**

Estimado Jues,  Diciembre 19, 202

Mi nombre es Olivia Marquez, Soy la tía de Alexis Corina Marqués Alvarado. Tengo en cuenta la situacion del novio de mi sobrina Javier Fernando Torres Flores. El viene de un país donde hay mucha violencia relacionada con las pandillas. Si usted lo termina deportando a Mexico, ellos dos se quedarán conmigo en Ciudad Juárez, Chihuahua, Mexico.

Gracias por su tiempo

Sinceramente,
Olivia Marquez