IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 17-cr-00010-RBJ-2 | Date:  March 9, 2023 |
| Courtroom Deputy: | Meghan Smotts | Court Reporter: Terri Lindblom |
| Interpreter: | Cathy Bahr | Probation: Ashlie Diener |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Albert Buchman* |
| **Plaintiff** | |
| v. | |
| 2. JAVIER FERNANDO TORRES-FLORES, | *Matthew Barringer* |
| **Defendant** | |

### COURTROOM MINUTES

**HEARING ON SUPERVISED RELEASE VIOLATION**

Court in session:  8:38 a.m.

Appearances of counsel.

Defendant is present in custody.

The defendant admits to violation 2 alleged in the Petition on Supervised Release [124].

Argument given on sentencing.

**ORDERED:**   Government's oral motion to withdraw violations 1 and 3 from the superseding petition is GRANTED.

The Court states its findings and conclusions.

**ORDERED:** **The defendant is resentenced to the Bureau of Prisons for a term of 4 months to run consecutive to sentence in 22-cr-00264-PAB-1, no additional term of supervised release.**

The defendant is advised of his right to appeal.

**ORDERED:** **The defendant is REMANDED to the custody of the United States Marshal.**

Court in Recess:  9:03 a.m.          Hearing concluded.          Total time in Court:  00:25