AO 245D (Rev. CO 11/20)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Supervised Release) |
| JAVIER FERNANDO TORRES-FLORES | Case Number: 1:17-cr-00010-RBJ-02 |
| | USM Number: 43959-013 |
| | Matthew Barringer |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation    Two (2) of the Superseding Petition Due to Violations of Supervision

☐ was found guilty of violation(s) _____
after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Comply with the Special Condition Not to Reenter the United States Illegally | 02/03/2020 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Violations 1 and 3 are withdrawn.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.:    N/A

Defendant's Year of Birth:    1995

City and State of Defendant's Residence:
Littleton, CO

March 9, 2023
Date of Imposition of Judgment

*/s/ Brooke Jackson*
Signature of Judge

R. Brooke Jackson, Senior United States District Judge
Name and Title of Judge

March 14, 2023
Date

Judgment — Page 2 of 2

DEFENDANT: JAVIER FERNANDO TORRES-FLORES
CASE NUMBER: 1:17-cr-00010-RBJ-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Four (4) months, to run consecutively to the imprisonment sentence imposed in Docket Number 1:22-cr-00264-PAB-01.  No term of supervision to follow imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL